UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Clarence Frost and Tammy Frost, *individually and on behalf of all others similarly situated*, | File No. 24-cv-4357 (ECT/LIB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Blue Water Laundry, Inc., | |
| Defendant. | |

---

Plaintiffs Clarence Frost and Tammy Frost have filed a Notice of Dismissal without Prejudice.[1] ECF No. 4. Defendant Blue Water Laundry, Inc., has not filed an answer or motion for summary judgment. Plaintiffs' dismissal is therefore effective as of right, and this Court no longer has subject matter jurisdiction over this matter. This civil action will be administratively terminated.

Date: December 11, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

---

[1] It appears that Plaintiffs meant to file the Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), though the Notice mistakenly cites "Federal Rules of Civil Procedure 41.01(a)," a Minnesota Rule of Civil Procedure. *See* ECF No. 4 at 1.